UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RACHEL IZZO,

                                        Plaintiffs,

      -against-

THEY CITY OF NEW YORK, ET AL.,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

15 CV 7685 (RMB)

        **PLEASE TAKE NOTICE** that **Liza Sohn**, Assistant Corporation Counsel, hereby appears as counsel for the defendant CITY OF NEW YORK. I am admitted to practice in this District.

Dated:     New York, New York
            November 11, 2015

                                  ZACHARY W. CARTER
                                  Corporation Counsel
                                  of the City of New York
                                  *Attorney for Defendant*
                                  CITY OF NEW YORK
                                  100 Church Street | Room 3-147
                                  Tel: (212) 356-2354

                                  By:   /s_____
                                          Liza Sohn
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

cc:     <u>BY ECF</u>
       Christopher De Turk Galiardo, Esq.
       *Attorney for Plaintiff*