```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

RACHEL IZZO,

                             Plaintiff,

               -against-

THE CITY OF NEW YORK, LT. ADAM LAMBOY, DET.
LUCASZ SKORZEWSKI and P.O.s "JOHN DOE" #1–5
(said names being fictitious as the true names are presently
unknown), Individually and in their Official Capacities,

                           Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

No. 15 Civ. 7685 (RMB)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action, including any and all claims, counter-claims, and cross-claims, is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      July 12, 2017

CHRISTOPHER D. GALIARDO
MYERS, SINGER & GALIARDO, LLP
*Attorneys for Plaintiff Rachel Izzo*
299 Broadway, Suite 200
New York, New York 10007

By: _____
Christopher Galiardo, Esq.

JEFFREY I. BAUM
JEFFREY I. BAUM & ASSOCIATES, P.C.
*Attorneys for Defendant Adam Lamboy*
666 Old Country Road, Suite 501
Garden City, New York 11530

By: _____
Jeffrey I. Baum, Esq.

ZACHARY W. CARTER
Corporation Counsel of the City Of New York
*Attorney for Defendant City Of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Tobias E. Zimmerman, Esq.
*Senior Counsel*

PETER E. BRILL
BRILL LEGAL GROUP, P.C.
*Attorneys for Lucasz Skorzewski*
306 Fifth Avenue, Penthouse
New York, NY 10001

By: _____
Peter E. Brill, Esq.

SO ORDERED:    On consent.

_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Dated: 7/14, 2017    Clerk to close case.

- 2 -